**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tiffany Ard, Lee Taylor, and Michael Ard, Jr.,
Defendants,

Of whom Lee Taylor is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2024-001616

———————

Appeal From Florence County
James G. McGee, III, Family Court Judge

———————

Unpublished Opinion No. 2025-UP-162
Submitted April 17, 2025 – Filed May 6, 2025

———————

**AFFIRMED**

———————

Harry A. Hancock, of Columbia, for Appellant.

Christopher Craig Jackson, of Chris Jackson Law Firm LLC, of Mauldin, for Respondent.

Stuart Wesley Snow, Jr., of Snow & Bailey Law Firm, P.A., of Florence, for the Guardian ad Litem.

---

**PER CURIAM:** Lee Taylor appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Taylor's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and GEATHERS and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.